AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID # 11740264

**RECEIVED**
By USMS District of Columbia District Court at 9:01 am, Nov 21, 2024

United States of America
v.
JOSEPH GALLINA

*Defendant*

) Case: 1:24-cr-00529
) Assigned To : Judge James E. Boasberg
) Assign. Date : 11/20/2024
) Description: Indictment (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH GALLINA                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

Case: 1:24-cr-00529
Assigned To : Judge James E. Boasberg
Assign. Date : 11/20/2024
Description: Indictment (B)

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Sexual Exploitation of a Child

18 U.S.C. § 2252(a)(2) and (b)(1) - Receipt of Child Pornography

Date: 11/20/2024

_____
*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/21/24, and the person was arrested on *(date)* 11/22/24
at *(city and state)* NEW ORLEANS, LA.

Date: 11/22/2024

_____
*Arresting officer's signature*

MICHAEL ATKINS   DEPUTY
*Printed name and title*

MINUTE ENTRY
NOVEMBER 22, 2024
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-151 |
| JOSEPH GALLINA | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:    X  DEFENDANT WITH/(WITHOUT) COUNSEL  FPD for appointment

            X  ASSISTANT U.S. ATTORNEY  Troy Bell
            ___ INTERPRETER  _____
            Designated by Court and sworn.    Time: _____ .M to _____ M.

___ / DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT FROM DISTRICT OF COLUMBIA WAS:

    READ    WAIVED   (SUMMARIZED)

___ / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 17

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL; DEFENDANT DETAINED TEMPORARILY UNTIL DETENTION HEARING IN DISTRICT OF COLUMBIA

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING IS SET FOR: 11-25-24 @ 2p.m. ~~WAIVED TO BE HELD IN DISTRICT OF COLUMBIA~~

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR: 11-25-24 @ 2p.m. ~~WAIVED TO BE HELD IN DISTRICT OF COLUMBIA~~

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

Sealed Medical Order issued

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR.NO. 24-151 MAG |
| | ___ **ORDER** |
| VERSUS | X  Appointing Counsel |
| | ___ Substituting Counsel For: |
| JOSEPH GALLINA | _____ |
| | ___ Ratifying Prior Service |
| | ___ Extending Appointment For Appeal |

CHARGE:   SEXUAL EXPLOITATION OF A CHILD, RECEIPT OF CHILD PORNOGRAPHY

 X  FELONY     ___ MISDEMEANOR

X  The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

X  IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ __100__ per month. This amount is to be paid, beginning on Jan. 1, 20 25, until further orders of the Court.

Dated at New Orleans, Louisiana, on   NOVEMBER 22, 2024

*(signature)*
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)

MINUTE ENTRY
December 2, 2024
Roby  M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         CRIMINAL ACTION

VERSUS                            NO. 24-151

JOSEPH GALLINA                    SECTION: MAG

## DETENTION HEARING

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT (FPD) CJA Annalisa Miron

X/ASST. U.S. ATTORNEY  Tray Bell

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES) Benjamin T. Lombardo - S+T

X/DEFENSE WITNESS(ES) Vincent Gallina - S+T, Amy Lapointe - S+T

MJSTAR: 00:1:35

JOSEPH GALLINA                                    24-151 MAG

DEFENDANT                                          CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

\_/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

\_\_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

\_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

\_\_/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

\_\_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X / DEFENDANT IS NOT ENTITLED TO RELEASE.

X / DEFENDANT IS ORDERED          DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

\_\_/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.
\_\_/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.
\_\_/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT

TO DETENTION HEARING IN <u>DISTRICT OF COLUMBIA</u>

\_\_/ WAIVER OF RULE _____ HEARING(S) EXECUTED.
\_\_/ OTHER:_____

MINUTE ENTRY
NOVEMBER 25, 2024
Dossier M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-151 |
| JOSEPH GALLINA | SECTION: MAG |

## DETENTION HEARING – Continued

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT (FPD)/CJA  Annalisa Miron

X/ASST. U.S. ATTORNEY ~~CHRISTINE CALOGERO~~ Troy Bell

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time ____ M. to ____ M.)

__/GOVERNMENT WITNESS(ES) _____

__/DEFENSE WITNESS(ES) _____

MJSTAR: 00:02

JOSEPH GALLINA                                    24-151 MAG

DEFENDANT                                         CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

__/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL ~~UNTIL BOND IS PERFECTED.~~

__/ DEFENDANT IS NOT ENTITLED TO RELEASE.

__/ DEFENDANT IS ORDERED TEMPORARILY DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL PENDING HEARING IN <u>DISTRICT OF COLUMBIA</u>

__/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.
__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.
__/THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO DETENTION HEARING IN <u>DISTRICT OF COLUMBIA</u>

__/ WAIVER OF RULE _____ HEARING(S) EXECUTED.
X / OTHER: Det. hearing + Removal hearing continued until 12/2/24 @ 2pm @ the request of defense cnsl

*[signature]*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH GALLINA<br>*Defendant* | )<br>)<br>) Case No. 24-151 MAG<br>)<br>) |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☐ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:
  ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):
    ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
    ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**
    ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**
    ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**
    ☒ **(e)** any felony that is not otherwise a crime of violence but involves:
      **(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**
  ☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**
  ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**
  ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☒ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);
- ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**
- ☒ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above.

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☒ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☒ Weight of evidence against the defendant is strong
- ☐ Subject to lengthy period of incarceration if convicted
- ☐ Prior criminal history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☐ History of violence or use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties
- ☐ Lack of significant community or family ties to this district
- ☐ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States

AO 472 (Rev. 09/16) Order of Detention Pending Trial

☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

☐ The defendant stipulates to detention with a reservation of the right to reurge should circumstances permit.

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: 12-2-24

United States District Judge / Magistrate Judge

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>**JOSEPH GALLINA**<br><br>*Defendant* | )<br>)<br>) Case No. 24-151 MAG<br>)<br>) Charging District's<br>) Case No. 1:24-CR-529 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of **Columbia**,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:  ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 12-2-24

*Judge's signature*

KAREN W. ROBY
*Printed name and title*

2cc: USM

CLOSED

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00151-DM-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 11/22/2024 |
| Other court case number: 1:24-cr-529 USDC, District of Columbia | Date Terminated: 12/02/2024 |

Assigned to: Magistrate Duty Magistrate

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph Gallina**<br>*TERMINATED: 12/02/2024* | represented by | **Annalisa Miron**<br>Office of the Federal Public Defender<br>Eastern District of Louisiana<br>500 Poydras Street<br>Suite 318<br>New Orleans, LA 70130<br>504-589-7952<br>Email: annalisa_miron@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |
| | | **Claude J. Kelly**<br>Federal Public Defender's Office<br>Hale Boggs Federal Building<br>500 Poydras Street<br>Room 318<br>New Orleans, LA 70130<br>504-589-7939<br>Email: claude_kelly@fd.org<br>*TERMINATED: 11/25/2024*<br>*LEAD ATTORNEY*<br>*Designation: Public Defender Appointment* |

**Pending Counts**                                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Troy Lashon Bell**<br>Department of Justice<br>United States Attorney's Office<br>650 Poydras St.<br>Ste 1600<br>New Orleans, LA 70130<br>504-680-3087<br>Email: troy.bell@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 11/22/2024 | 1 | ☐ | Minute Entry for proceedings held before Magistrate Judge Donna Phillips Currault: Initial Appearance as to Joseph Gallina held on 11/22/2024. Defendant Remanded. Detention Hearing set for 11/25/2024 02:00 PM before Duty Magistrate. (Court Reporter Criminal Magistrate.) (nml) (Additional attachment(s) added on 11/22/2024: # 1 Criminal Magistrate Case Sheet, # 2 Charging document) (nml). (Entered: 11/22/2024) |
| | | | ☐ 0 Main Document — 2 pages — 83.9 KB<br>☐ 1 Criminal Magistrate Case Sheet — 1 page — 23.9 KB<br>☐ 2 Charging document — 3 pages — 112.6 KB |
| 11/22/2024 | 🔒 2 | ☐ | CJA 23 Financial Affidavit by Joseph Gallina (nml) (Entered: 11/22/2024) |
| 11/22/2024 | 3 | ☐ | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Joseph Gallina. Claude J. Kelly for Joseph Gallina appointed. Signed by Magistrate Judge Donna Phillips Currault on 11/22/2024. (nml) (Entered: 11/22/2024) |
| 11/22/2024 | 🔒🔒 4 | ☐ | *SEALED* Sealed Entry and Document- Medical Order (nml) (Entered: 11/22/2024) |
| 11/25/2024 | 5 | ☐ | Minute Entry for proceedings held before Magistrate Judge Eva J. Dossier: Detention hearing set this date as to Joseph Gallina. Detention Hearing and Removal Hearing reset for 12/2/2024 02:00 PM before Duty Magistrate. (Court Reporter Criminal Magistrate.) (nml) (Entered: 11/25/2024) |
| 12/02/2024 | 6 | ☐ | EXPARTE/CONSENT MOTION to Unseal Case by USA as to Joseph Gallina. Motion(s) referred to Duty Magistrate. (nml) (Entered: 12/03/2024) |
| 12/02/2024 | 7 | ☐ | ORDER granting 6 Motion to Unseal Case as to Joseph Gallina (1). Signed by Magistrate Judge Karen Wells Roby on 12/2/2024. (nml) (Entered: 12/03/2024) |
| 12/02/2024 | 8 | ☐ | Minute Entry for proceedings held before Magistrate Judge Karen Wells Roby: Detention Hearing as to Joseph Gallina held on 12/2/2024. Appearance entered |

| | | | |
|---|---|---|---|
| | | | by Annalisa Miron for Joseph Gallina. Defendant Remanded. (Court Reporter Criminal Magistrate.) (nml) (Entered: 12/03/2024) |
| 12/02/2024 | [9](#) | ☐ | ORDER OF DETENTION as to Joseph Gallina. Signed by Magistrate Judge Karen Wells Roby on 12/2/2024. (nml) (Entered: 12/03/2024) |
| 12/02/2024 | [10](#) | ☐ | RULE 40 COMMITMENT TO ANOTHER DISTRICT as to Joseph Gallina by Magistrate Judge Karen Wells Roby. Defendant committed to District of Columbia. (nml) (2 cc USM) (Entered: 12/03/2024) |

[View Selected]

or

[Download Selected]